UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA WESTMASS, | CASE NO. CV F 11-0895 LJO JLT |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | (Doc. 7.) |
| MANDARICH LAW GROUP, LLP, | |
| Defendant. | |

Plaintiff's counsel has filed a notice of settlement. Pursuant to this Court's Local Rule 16-160, this Court ORDERS plaintiff, **no later than August 26, 2011,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show cause why this action should not be closed.

This Court VACATES all pending dates and matters, including the September 15, 2011 scheduling conference.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 160 and 272.

IT IS SO ORDERED.

**Dated:   July 18, 2011**                    /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE