Tammy Hussin (Bar No. 155290)
*Of Counsel*
Lemberg & Associates LLC
6404 Merlin Dr., Suite #100
Carlsbad, CA 92011
Telephone (855) 301-2100 ext. 5514
thussin@lemberglaw.com

Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Barbara Westmaas

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Barbara Westmaas,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>Mandarich Law Group, LLP; and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Case No.: 1:11-cv-00895-LJO -JLT<br><br>**VOLUNTARY WITHDRAWAL** |

# NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE <u>PURSUANT TO RULE 41(a)</u>

Barbara Westmaas ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

By: */s/ Tammy Hussin*
Tammy Hussin *Of Counsel*
Lemberg & Associates
Attorney for Plaintiff, Barbara Westmaas

IT IS SO ORDERED:

_____

Honorable _____

## CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On August 12, 2011, I served a true copy of foregoing document(s): **VOLUNTARY WITHDRAWAL**.

| | |
|---|---|
| **BY ELECTRONIC FILING:** I hereby certify that on August 12, 2011, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. | **Attorney for Defendants Mandarich Law Group, LLP** |

Ryan Vos, Esq.
Managing Attorney
877.414.0130
ryanv@mandarichlaw.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on August 12, 2011.

By: <u> /s/  *Tammy Hussin* </u>
Tammy Hussin  *Of Counsel*
Lemberg & Associates
Attorney for Plaintiff, Barbara Westmaas
