IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA WESTMAAS, | CASE NO. CV-F-11-0895 LJO JLT |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE** |
| vs. | |
| MANDARICH LAW GROUP, LLP | |
| Defendant. | |

On August 12, 2011, Plaintiff filed a notice of voluntary dismissal in the above-titled action. Pursuant to Fed. R. Civ. P. 41(a), this action is DISMISSED. All dates are VACATED. The clerk is directed to CLOSE to action.

IT IS SO ORDERED.

**Dated:   August 15, 2011**                    **/s/ Lawrence J. O'Neill**
                                UNITED STATES DISTRICT JUDGE